UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JUAN CARVAJAL,

      Plaintiff,

v.                                        Case No.  8:05-cv-1738-T-24 EAJ

JOHNSON CONTROLS, INC.,

      Defendant.
_____/

**ORDER**

This cause comes before the Court on the parties' Joint Motion for Permission to File Settlement Agreement Under Seal.  (Doc. No. 13).  The parties request this permission, because they want the Court to approve their settlement agreement, because they believe that court approval is required.  Specifically, the parties believe that 29 C.F.R. § 825.220(d), which provides that employees cannot waive their rights under the Family and Medical Leave Act ("FMLA"), requires court approval of their settlement of Plaintiff's FMLA claims.  The Court, however, finds that approval of the parties' settlement agreement is not required.  See McRae v. Master Craft Engineering, Inc., 2005 WL 3874359 (M.D. Ga. November 3, 2005).  As such, the parties do not need to file their settlement agreement.

Accordingly, it is ORDERED AND ADJUDGED that the parties' Joint Motion for Permission to File Settlement Agreement Under Seal (Doc. No. 13) is **DENIED**.

**DONE AND ORDERED** at Tampa, Florida, this 18th day of July, 2006.

SUSAN C. BUCKLEW
United States District Judge

Copies to: Counsel of Record